UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-61651-BLOOM/Valle**

LORENA ZAVALA and
LUCIANO CASTRO,

    Plaintiffs,

v.

SELECT PORTFOLIO SERVICING INC,

    Defendants.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.  Plaintiffs Lorena Zavala and Luciano Castro initiated this lawsuit on July 19, 2018.  ECF No. [1].  On September 4, 2018, Defendant Select Portfolio Servicing Inc. filed a Motion to Dismiss Plaintiffs' Complaint for failure to state a cause of action. ECF No. [13].  On November 28, 2018, the Court granted Plaintiffs' Motion to Dismiss, permitting Plaintiffs to file an Amended Complaint no later than December 7, 2018.  ECF No. [32].  To date, Plaintiffs have not filed an Amended Complaint, nor have they sought an extension of time to do so.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **DISMISSED WITHOUT PREJUDICE**.
2. The Clerk of Court is directed to **CLOSE** this case.
3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED.**

Case No. 18-cv-61651-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of December, 2018.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record